UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO B. G.,<br><br>  Plaintiff<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:22-cv-04009-RGK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"),

IT IS ADJUDGED that the decision of the Commissioner is reversed as set forth in the Order and the cause is remanded for further proceedings consistent with the Order.

DATED: 5/11/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE