UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARGARITO BERNAL GONZALEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | CASE NO. CV-22-04009-GJS<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of   SEVEN-THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($7,500.00), and ZERO DOLLARS ($0) in court costs, subject to the terms of the Stipulation.

Dated: June 28, 2023

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE